UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER TO ADVANCE SECURITY IN AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>            Defendant. | Civ. A. No.: 24-3084 (CJN) |

## JOINT STATUS REPORT

Pursuant to the Court's February 5, 2025, Minute Order, Defendant United States Department of State (the "Department") and Plaintiff Center to Advance Security in America ("CASA") submit this joint status report in this Freedom of Information Act ("FOIA") case.

The parties previously reported that they reached an agreement for the Department to exclude from its initial review attachments to documents and that Plaintiff reserves the right to request that the Department reviews specific attachments.  Jt. Status Rep. (ECF No. 9).  The Department reports that it has completed its collection of potentially responsive documents, and that in doing so, it has identified approximately 2,500 potentially responsive records. Based on initial responsiveness reviews, the Department anticipates the number of responsive records will be substantially lower. The Department is now processing the records at a rate of 450 pages every six weeks.

Since the filing of the last joint status report (ECF No. 15), the Department issued its fourth interim release of records in this case on February 24, 2026, consisting of eleven records, all of which were released in part. The Department issued its fifth interim release of records in this case

on April 7, 2026, consisting of five records, all of which were released in part. The Department

anticipates making its next release of records on or before May 19, 2026.

Pursuant to the Court's February 5, 2025, Minute Order (requiring joint status reports every

sixty days), the parties will file another joint status report on or before June 9, 2026.

Dated:  April 9, 2026
        Washington, DC

/s/ Karin Sweigert
Karin Sweigert
D.D.C. Bar ID: CA00145
Dhillon Law Group, Inc.
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: 415-433-1700
Ksweigert@Dhillonlaw.com

*Counsel for the Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:　　　　/s/ Samantha-Josephine Baker
        Samantha-Josephine Baker
        FL Bar #105714
        Assistant United States Attorney
        601 D Street, NW
        Washington, DC 20530
        Tel: 202-252-2435
        Samantha-Josephine.Baker@usdoj.gov

*Attorneys for the United States of America*